IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

UNITED STATES OF AMERICA,

        Plaintiff,

   v.                          Civ. No. 2:18-cv-00023-BMM

BEAVERHEAD COUNTY JACKSON WATER
  AND/OR SEWER DISTRICT,

        Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

## ORDER GRANTING UNOPPOSED MOTION
## TO ENTER CONSENT DECREE

Upon Motion of Plaintiff, the United States of America, IT IS HEREBY ORDERED that the Unopposed Motion to Enter Consent Decree is granted, and that the Consent Decree lodged with this Court on March 28, 2018 is entered.

DATED this 15th day of May, 2018.

*/s/ Brian Morris*

_____

Brian Morris
United States District Court Judge