IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA

UNITED STATES OF AMERICA,

          Plaintiff,

v.

BEAVERHEAD COUNTY JACKSON
WATER AND/OR SEWER DISTRICT,

          Defendant.

Civil No. 2:18-cv-00023-BMM

ORDER

Upon consideration of Plaintiff's Unopposed Motion to Terminate Consent Decree, the Court finds that termination of Consent Decree entered in this action on May 15, 2018 (Dkt. No. 7) is proper because the Defendant has completed the requirements of the Consent Decree.   IT IS ORDERED that the motion is GRANTED, and that the Consent Decree entered on May 15, 2018 (Doc. No. 7) shall be terminated.

DATED this 8th day of January 2025.

_____
Brian Morris, Chief District Judge
United States District Courts